# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gordon, Andrew P. | U.S. District Court, Nevada | 05/09/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Room 6018
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | National Institute for Trial Advocacy - teaching | $2,700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Faith Lutheran Junior/Senior High School - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 11/16/16-11/19/16 | Phoenix, AZ | teaching a seminar on depositions | lodging, meals, transportation |
| 2. | University of Michigan | 11/3/16-11/6/16 | Ann Arbor, MI | teaching a class | lodging, meals, airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust #1 | | | | | | | | | |
| 2. | - Wells Fargo Advisors LLC (Cash Accounts) | A | Interest | M | T | | | | | |
| 3. | Wells Fargo (Cash Accounts) | A | Interest | M | T | | | | | |
| 4. | Charles Schwab (Cash Accounts) | A | Interest | M | T | | | | | |
| 5. | Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 6. | Walt Disney stock | A | Dividend | K | T | | | | | |
| 7. | Middlesex, NJ IMPT UTL RV 5.08%CI SER B GUAR AMBAC JAN99 00 | A | Interest | | | Redeemed | 09/01/16 | K | A | |
| 8. | Franklin Templeton Age-Based 529 - Age 13-16 | | None | L | T | | | | | |
| 9. | iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | J | T | | | | | |
| 10. | Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | A | Interest | M | T | Buy (add'l) | 06/15/16 | L | | |
| 11. | | | | | | Buy (add'l) | 09/02/16 | J | | |
| 12. | Pimco Exhchange Traded Fund Investment Grade Corp. Bond Index E | A | Interest | | | Sold (part) | 04/29/16 | J | A | |
| 13. | | | | | | Sold | 08/10/16 | J | A | |
| 14. | Vanguard Short Term Tax Exempt Fund Investor SHR | C | Dividend | N | T | | | | | |
| 15. | Vanguard Small Cap Growth | | None | | | Sold (part) | 01/13/16 | J | A | |
| 16. | | | | | | Sold | 01/13/16 | J | A | |
| 17. | Vanguard Small Cap Value | | None | | | Sold (part) | 02/19/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/19/16 | J | A | |
| 19. | | | | | Sold | 02/19/16 | J | A | |
| 20. Middlesex CO IMPT A 0% UTIL COMB DUE 09/01/16 PERTH AMBOY (Y) | | | | | | | | | |
| 21. Aflac Inc | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 22. | | | | | Sold (part) | 06/15/16 | J | A | |
| 23. Apple | | None | J | T | Buy (add'l) | 01/14/16 | J | | |
| 24. | | | | | Sold (part) | 06/15/16 | J | B | |
| 25. Best Buy | A | Dividend | | | Sold (part) | 01/04/16 | J | A | |
| 26. | | | | | Sold (part) | 06/15/16 | J | A | |
| 27. | | | | | Sold | 08/08/16 | J | B | |
| 28. Celgene Corp | | None | J | T | Sold (part) | 06/15/16 | J | B | |
| 29. Cognizant Tech Solutions Class A | | None | J | T | Sold (part) | 01/04/16 | J | B | |
| 30. | | | | | Sold (part) | 06/15/16 | J | B | |
| 31. CVS Health Corp | A | Dividend | K | T | Sold (part) | 01/04/16 | J | B | |
| 32. | | | | | Sold (part) | 06/15/16 | J | B | |
| 33. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 34. | | | | | Buy (add'l) | 11/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EGShares Emerging Markets Consu ETF | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 36. | | | | | Sold (part) | 06/15/16 | J | | |
| 37. | | | | | Sold (part) | 07/29/16 | J | | |
| 38. Fifth Third Bankcorp | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 39. | | | | | Sold (part) | 06/15/16 | J | | |
| 40. | | | | | Sold | 08/08/16 | K | | |
| 41. Google Inc. | | None | J | T | Sold (part) | 01/04/16 | J | A | |
| 42. | | | | | Sold (part) | 06/15/16 | J | B | |
| 43. Guggenheim Bulletshares 2018 Corp Bond ETF | A | Interest | | | Sold | 04/29/16 | J | A | |
| 44. Guggenheim Bulletshares 2020 Corp Bond ETF | A | Interest | J | T | Sold (part) | 04/29/16 | J | A | |
| 45. Guggenheim Bulletshares 2019 Corp Bond ETF | A | Interest | | | Sold | 04/29/16 | J | A | |
| 46. Guggenheim S&P 500 Equalwei Tech ETF | A | Dividend | J | T | | | | | |
| 47. Guggenheim S&P 500 Equalwei Con ETF | A | Dividend | J | T | Sold (part) | 01/05/16 | J | A | |
| 48. Guggenheim S&P 500 Equalwei Eng ETF | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 49. Guggenheim S&P 500 Equalwei Fin ETF | A | Dividend | J | T | Buy (add'l) | 10/13/16 | J | | |
| 50. Guggenheim S&P 500 Equalwei HC ETF | A | Dividend | J | T | | | | | |
| 51. Guggenheim S&P 500 Equalwei ETF | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares MSCI Mexico Capped ETF | A | Dividend | J | T | Buy | 01/04/16 | K | | |
| 53. | | | | | Sold (part) | 06/15/16 | J | | |
| 54. IShares MSCI Philippines ETF | A | Dividend | J | T | Sold (part) | 06/15/16 | J | A | |
| 55. IShares MSCI Switzerland Capped ETF | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 56. | | | | | Sold | 01/15/16 | J | | |
| 57. IShares MSCI United Kingdom ETF | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 58. | | | | | Sold | 03/10/16 | J | | |
| 59. IShares National AMT Freemuni ETF | A | Interest | L | T | Buy (add'l) | 06/15/16 | L | | |
| 60. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 61. Johnson & Johnson | A | Dividend | | | Sold (part) | 06/15/16 | J | B | |
| 62. | | | | | Sold | 07/18/16 | J | C | |
| 63. Lam Research Corp | A | Dividend | J | T | Sold (part) | 06/15/16 | J | C | |
| 64. | | | | | Sold (part) | 07/29/16 | J | A | |
| 65. Marathon Petroleum Corp. | A | Dividend | | | Sold (part) | 01/04/16 | J | B | |
| 66. | | | | | Sold | 08/03/16 | J | B | |
| 67. Oracle Corp. | A | Dividend | J | T | Sold (part) | 06/15/16 | J | A | |
| 68. Priceline Group | | None | J | T | Sold (part) | 01/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/15/16 | J | A | |
| 70. Powershares ETF FTSE RAFI US 1500SML MID | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 71. | | | | | Sold | 01/13/16 | K | | |
| 72. Qualcom Inc. | A | Dividend | J | T | Buy (add'l) | 01/04/16 | K | | |
| 73. | | | | | Sold (part) | 06/15/16 | J | A | |
| 74. | | | | | Sold (part) | 07/29/16 | J | A | |
| 75. Starbucks Corp | A | Dividend | J | T | Sold (part) | 01/04/16 | J | B | |
| 76. | | | | | Sold (part) | 06/15/16 | J | B | |
| 77. United Healthgroup Inc. | A | Dividend | J | T | Sold (part) | 06/15/16 | J | C | |
| 78. Valero Energy Corp | A | Dividend | J | T | Sold (part) | 01/04/16 | J | A | |
| 79. | | | | | Sold (part) | 06/15/16 | J | A | |
| 80. Wal-Mart Stores Inc | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 81. | | | | | Sold (part) | 06/15/16 | J | | |
| 82. | | | | | Sold | 08/15/16 | J | A | |
| 83. Wisdomtree Europe HEDGEDEQTY ETF | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 84. | | | | | Sold | 01/15/16 | K | | |
| 85. First Trust North American Energy ETF | A | Dividend | K | T | Buy (add'l) | 01/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/15/16 | J | B | |
| 87. IShares Res Real Estate | A | Dividend | K | T | Sold (part) | 06/15/16 | J | A | |
| 88. Dicks Sporting Goods | A | Dividend | J | T | Sold (part) | 06/15/16 | J | B | |
| 89. | | | | | Sold (part) | 07/29/16 | J | A | |
| 90. Gilead Sciences Inc | A | Dividend | J | T | Sold (part) | 06/15/16 | J | | |
| 91. JPMorgan Chase & Co. | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 92. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 93. Lazard LTD | A | Distribution | | | Sold (part) | 06/15/16 | J | | |
| 94. | | | | | Sold | 12/09/16 | J | | |
| 95. Robert Half Int'l | A | Dividend | | | Sold (part) | 06/15/16 | J | | |
| 96. | | | | | Sold | 09/23/16 | J | | |
| 97. Skyworks Solutions | A | Dividend | J | T | Sold (part) | 06/15/16 | J | | |
| 98. T Rowe Price Group | | None | | | Sold (part) | 06/15/16 | J | | |
| 99. | | | | | Sold | 08/03/16 | J | | |
| 100. IShares ETF Ibonds SEP 2019 AMT | | None | | | Sold | 04/29/16 | K | A | |
| 101. IShares MSCI Emerging Markets ETF | | None | | | Sold | 01/04/16 | K | | |
| 102. IShares Res Real Estate Cap ETF (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares ETF Ibonds Sep 2020 AMT | B | Dividend | M | T | Sold (part) | 01/04/16 | J | A | |
| 104. | | | | | Buy (add'l) | 06/15/16 | L | | |
| 105. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 106. Select Sector Industrial SPDR ETF | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 107. | | | | | Sold (part) | 02/29/16 | K | | |
| 108. | | | | | Sold (part) | 06/15/16 | J | A | |
| 109. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 110. SPDR S&P 500 ETF | | None | | | Sold | 01/04/16 | K | | |
| 111. SPDR S&P Bank ETF | A | Dividend | K | T | Sold (part) | 06/15/16 | J | | |
| 112. Technology Select Sector | A | Dividend | J | T | Sold (part) | 06/15/16 | J | A | |
| 113. IShares MSCI Brazil ETF Brazil Capped | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 114. | | | | | Sold | 03/10/16 | J | B | |
| 115. Egshares ETF India Infastructure | | None | J | T | Buy (add'l) | 01/04/16 | K | | |
| 116. | | | | | Sold (part) | 06/15/16 | J | A | |
| 117. | | | | | Sold (part) | 12/09/16 | J | A | |
| 118. Schlumberger LTD. | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 119. Western Digital Corp. | A | Dividend | J | T | Buy | 02/29/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/15/16 | J | A | |
| 121. Advisershares Ranger EQY | | None | J | T | Buy | 06/10/16 | K | | |
| 122. | | | | | Sold (part) | 06/15/16 | J | A | |
| 123. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 124. Columbia India Consumer ETF | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 125. First Trust Preferred ETF IV | A | Dividend | J | T | Buy | 04/18/16 | K | | |
| 126. | | | | | Sold (part) | 06/15/16 | J | A | |
| 127. First Trust UK Alphadex ETF | A | Dividend | J | T | Buy | 03/10/16 | K | | |
| 128. | | | | | Sold (part) | 06/15/16 | J | A | |
| 129. iShares MSCI Cap Invest | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 130. | | | | | Sold (part) | 06/15/16 | J | | |
| 131. iShares MSCI Germany ETF | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 132. | | | | | Sold (part) | 06/15/16 | J | A | |
| 133. iShares MSCI Poland ETF | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 134. | | | | | Sold (part) | 06/15/16 | J | A | |
| 135. iShares MSCI Sweden ETF | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 136. | | | | | Sold (part) | 06/15/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. iShares IBD DC 2022 Term MNBD ETF | A | Dividend | M | T | Buy | 04/29/16 | K | | |
| 138. | | | | | Buy (add'l) | 06/15/16 | L | | |
| 139. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 140. Powershares Variable Rate PRF ETF IV | A | Dividend | J | T | Buy | 04/18/16 | K | | |
| 141. | | | | | Sold (part) | 06/15/16 | J | A | |
| 142. Select STR Financial SPDR ETF | A | Dividend | K | T | Buy | 08/03/16 | K | | |
| 143. | | | | | Buy (add'l) | 10/18/16 | J | | |
| 144. Vanguard Consumer Staples ETF | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 145. Vanguard Shrt Inf Prot SEC Index ETF | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 146. Vanguard Consumer Discretionary ETF | A | Dividend | | | Buy | 08/16/16 | J | | |
| 147. | | | | | Sold | 11/09/16 | J | | |
| 148. Real Estate Select Sctr Spdr ETF | | None | | | Buy | 09/19/16 | J | | |
| 149. | | | | | Sold | 10/13/16 | J | | |
| 150. Emerson Electric Company | A | Dividend | | | Buy | 01/04/16 | K | | |
| 151. | | | | | Sold | 05/03/16 | K | C | |
| 152. Guggenheim Bullet 2022 | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 153. Guggenheim S&P 500 Equalweight RL ESTT ETF | | None | | | Buy | 09/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/13/16 | J | | |
| 155.  Pimco 1-5 Year US Tips Index ETF | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 156.  iShares IBonds Dec. 2019 Term CRP ETF | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 157.  iShares IBonds Dec. 2021 Term CRP ETF | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 158.  iShares IBonds Dec. 2023 Term CRP ETF | A | Dividend | J | T | Buy | 04/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 1 and 2 re Trust #1: I and my brother are co-trustees of a trust that has been segregated into four cash accounts, one for each of me and three of my siblings. The aggregate amount of those combined cash accounts is reflected in Column C(1). However, most of those funds are not in my separate account, which would be a Category L.

2) Part VII, line 20 re Middlesex CO IMP: I have come to believe that this asset is the same as the asset referred to as Middlesex NJ in line 7. Thus, it was incorrectly included in last year's report, and I am deleting it from this year's report.

3) Part VII, line 102 re iShares Res Real Estate Cap ETF: I have come to believe that this asset is the same as the asset referred to as iShares Res Real Estate in line 87. They both have the same ticker symbol. Thus, it was incorrectly included in last year's report, and I am deleting it from this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544